**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | **8:21CR202** | |
| | ) | | |
| **vs.** | ) | | |
| | ) | **ORDER** | |
| **MORGAN L. HOWARD,** | ) | | |
| | ) | | |
| **Defendant** | ) | | |
| | ) | | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [30]. On the basis of the statements set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [30] is granted as follows:

1. The jury trial, now set for November 30, 2021, is continued to **March 1, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 1, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: November 10, 2021.**

**BY THE COURT:**


**s/ Susan M. Bazis
United States Magistrate Judge**